IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN NUR AHMED,

      Plaintiff,                       Case No. 2:10-cv-3178 MCE DAD PS

      v.

COUNTY OF SACRAMENTO, et al.,

      Defendants.                <u>ORDER</u>

_____/

        Plaintiff is proceeding pro se with the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

        On September 1, 2011, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. Plaintiff filed timely objections to the findings and recommendations, and defendants filed a timely reply.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the magistrate judge's findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 1, 2011 (Doc. No. 15) are adopted in full;

2. Defendants' January 6, 2011 motion to dismiss (Doc. No. 7) is granted in part:

   a. Plaintiff's claims alleged under federal law are dismissed with prejudice;

   b. The court declines to exercise supplemental jurisdiction over plaintiff's state law claims, and those claims are dismissed without prejudice;

3. Defendants' January 6, 2011 motion to strike plaintiff's prayer for punitive damages (Doc. No. 7) is moot; and

4. The Clerk of the Court shall close this case.

Dated: September 28, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

/ahmed3178.jo

2